# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 20-22601-CMB |
| | ) | |
| Marlene E. Thrower | ) | Chapter 13 |
|     Debtor | ) | |
| | ) | Doc. No.: |
| Marlene E. Thrower | ) | |
|     Plaintiff | ) | Adversary Case No.: 21-02060 |
| | ) | |
| vs. | ) | |
| | ) | |
| The Bank of New York Mellon f/k/a | ) | |
| The Bank of New York as successor | ) | |
| To JPMorgan Chase Bank, and | ) | |
| PNC Mortgage | ) | |
|     Defendants | ) | |

**Certificate of Service**

I, Albert Green Reese, Jr., Esquire, declare that I am a resident of or employed in the County of Allegheny, State of Pennsylvania. My address is 640 Rodi Road, FL.2, Suite 2, Pittsburgh, PA 15235. I am over the age of eighteen and I am not a party to this case.

On **July 21, 2021,** I served the **Complaint to Determine Secured Status, Exhibits, and Order Scheduling Dates for Response and Zoom Hearing on Motion** upon the U.S. Trustee's Office and all creditors listed below by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail addressed as follows:

**20-22601-CMB Notice will be electronically mailed to:**

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Albert G. Reese, Jr. on behalf of Debtor Marlene Thrower
areese8897@aol.com, agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**20-22601-CMB Notice will not be electronically mailed to:**

Ronda Winnecour, Trustee
US Steel Tower-Suite 3250
600 Grant Street
Pittsburgh, PA 15219

Office of The United States Trustee

Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

The Bank of New York Mellon
PHH Mortgage Corporation
Attn: Bankruptcy Department
P.O. Box 24605
West Palm Beach, FL 33416

PNC Mortgage
P.O. Box 1820
Dayton, OH 45401

| | |
|---|---|
| **Dated: July 21, 2021** | **/s/ Albert G. Reese, Jr., Esquire** |
| | Albert G. Reese, Jr., Esquire |
| | Attorney for Debtor |
| | PA ID #93813 |
| | 640 Rodi Road, FL.2, Suite 2 |
| | Pittsburgh, PA 15235 |
| | (412) 241-1697(p) |
| | (412) 241-1687(f) |
| | areese8897@aol.com |