**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: ) | | Case No.: 20-22601-CMB |
| ) | | |
| Marlene E. Thrower ) | | Chapter 13 |
|    Debtor ) | | |
| ) | | Doc. No.: |
| Marlene E. Thrower ) | | |
|    Plaintiff ) | | Adversary Case No.: 20-02060 |
| ) | | |
| vs. ) | | Hearing Date: August 12, 2021 |
| ) | | |
| The Bank of New York Mellon f/k/a ) | | |
| The Bank of New York as successor ) | | |
| To JPMorgan Chase Bank, and ) | | |
| PNC Mortgage ) | | |
|    Defendants ) | | |

**CERTIFICATION OF NO OBJECTION REGARDING STIPULATION TO DETERMINE DISCHARGEABILITY OF DEBT AND TO AVOID SECOND LIEN**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Stipulation to Determine Dischargeability of Debt and to Avoid Lien, filed on July 19, 2021 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Stipulation to Determine Dischargeability of Debt and to Avoid Lien, appears thereon. Pursuant to the Order Setting Hearing, a response to the Stipulation to Determine Dischargeability of Debt and to Avoid Lien, was to be filed and served no later than August 4, 2021.

It is hereby respectfully requested that the Order attached to the Stipulation to Determine Dischargeability of Debt and to Avoid Lien, be entered by the Court.

Dated: **August 5, 2021**     By:  **/s/ Albert G. Reese, Jr., Esq.**
                                                 Albert G. Reese, Jr., Esq.
                                                 PA ID #93813
                                                 Law Office of Albert G. Reese, Jr.
                                                 640 Rodi Road, FL. 2, Suite 2
                                                 Pittsburgh, PA 15235
                                                 412-241-1697 (telephone)
                                                 412-241-1687 (fax)
                                                 areese8897@aol.com
                                                 Attorney for Debtor