**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 20-22601 |
| | ) | |
| Marlene E. Thrower | ) | Chapter 13 |
|     Debtor | ) | |
| | ) | Adversary Case No.: 21-02060-CMB |
| Marlene E. Thrower | ) | |
|     Plaintiff | ) | Doc. No. |
| | ) | |
|     v. | ) | Hearing Date and Time: August 12, 2021 |
| | ) | |
| The Bank of New York Mellon f/k/a | ) | |
| The Bank of New York as successor to | ) | |
| JPMorgan Chase Bank and, | ) | |
| PNC Mortgage | ) | |
|     Defendants | ) | |

**CERTIFICATION OF NO OBJECTION**
**REGARDING MOTION FOR DEFAULT JUDGEMENT**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Default Judgment, filed on July 20, 2021 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Default Judgment appears thereon. Pursuant to the Order Setting Hearing, a response to the Motion for Default Judgment was to be filed and served no later than August 6, 2021.

It is hereby respectfully requested that the Order attached to the Motion for Default Judgment be entered by the Court.

Dated: **August 8, 2021**        By:    **/s/ Albert G. Reese, Jr., Esq.**
                                                                      Albert G. Reese, Jr., Esq.
                                                                      PA ID #93813
                                                                      Law Office of Albert G. Reese, Jr.
                                                                       640 Rodi Road, FL. 2, Suite 2
                                                                       Pittsburgh, PA 15235
                                                                       412-241-1697 (telephone)
                                                                       412-241-1687 (fax)
                                                                       areese8897@aol.com
                                                                       Attorney for Debtor