**Date: 08/12/2021 01:30 pm**

**In re:    Marlene E. Thrower**

| | |
|---|---|
| **Marlene E. Thrower, Plaintiff**<br>v.<br>**The Bank of New York Mellon f/k/a The Bank of New York as successor to JPMorgan Chase Bank**<br>**and**<br>**PNC Mortgage, a Division of PNC Bank, National Association, Defendants** | **Bankruptcy No. 21-02060-CMB**<br>**Chapter:**<br>**Doc. # 7** |

**Appearances: Albert Reese, Jr., Maria D. Miksich**

**Nature of Proceeding: #7 Motion for Default Judgment**

**Additional Pleadings: #9 Certificate of Service (states is served complaint - NOT Motion for Default Judgment - (Bank of New York and PNC Bank were both served at PO Boxes)**
         **#12 CNO**

**Judge's Notes:**
  -Attorney Miksich represents PNC Mortgage.
  OUTCOME: Attorney Miksich to file a revised consent order on or before 8/22 clarifying, among other things, that BNY Mellon's rights are not being affected.

FILED
8/12/21 2:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**