# PROCEEDING MEMO

**Date:** 08/12/2021 01:30 pm

**In re: Marlene E Thrower**

| | |
|---|---|
| Marlene E. Thrower, Plaintiff<br>v.<br>The Bank of New York Mellon f/k/a The Bank of New York as successor to JPMorgan Chase Bank<br>and<br>PNC Mortgage, a Division of PNC Bank, National Association, Defendants | Bankruptcy No. 20-22601-CMB<br>Chapter: 13<br><br>Adversary No. 21-2060- CMB<br><br>Doc. No. 5 |

**Appearances:** Albert Reese, Jr., Maria D. Miksich

**Nature of Proceeding:** # 5 Stipulation To Determine Dischargeability of Debt and to Avoid Second Lien

**Additional Pleadings:** #10 Certificate of Service
 (does not state that the motion was served and method of service states electronic means or first class mail)
 #11 CNO

**Judge's Notes:**
 -Attorney Miksich represents PNC Mortgage.
 OUTCOME: Attorney Miksich to file a revised consent order on or before 8/22 clarifying, among other things, that BNY Mellon's rights are not being affected.

Carlota M. Böhm
Chief Bankruptcy Judge

FILED
8/12/21 2:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA