# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

| | |
|---|---|
| IN RE:<br>MARLENE E THROWER<br>   Debtor | Case No. 20-22601-CMB |
| MARLENE E THROWER<br>   Plaintiff<br><br>vs.<br><br>The Bank of New York Mellon, f/k/a The Bank of New York as successor to JPMorgan Chase Bank, National Association, as Indenture Trustee for ABFS Mortgage Loan Trust 2001-2, Mortgage-Backed Pass -Through Certificates, Series 2001-2,<br>   Defendant | Chapter 13<br><br>Adversary No. 21-02060 |

## CONSENT ORDER TO REOPEN ADVERSARY

It is hereby stipulated by and between Brock & Scott, PLLC, counsel for the Defendant, The Bank of New York Mellon, f/k/a The Bank of New York as successor to JPMorgan Chase Bank, National Association, as Indenture Trustee for ABFS Mortgage Loan Trust 2001-2, Mortgage-Backed Pass -Through Certificates, Series 2001-2, and Albert G. Reese, Jr., Esquire, counsel for the Plaintnff, as follows:

1. This Stipulation pertains to the property located at 10212 Pearl Rd, Pittsburgh, PA 15235, mortgage account ending with "0006" and the Adversary filed by Plaintiff, No. 21-02060-CMB.

2. The parties agree

    a. To Re-open the Adversary docketed at 21-02060-CMB,
    b. Movant will obtain an appraisal of the property within 45 days, and
    c. Movant will file an Answer to Adversary in 60 days,

3. The parties agree that a facsimile signature shall be considered an original signature.

Dated: October 21, 2021

/s/ Mario Hanyon
Mario Hanyon, Esq.
Attorney for Defendant

/s/ Albert Reese
Law Office of Albert G. Reese, Jr., Esquire
Attorney for Plaintiff

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

| | |
|---|---|
| IN RE:<br>MARLENE E THROWER<br>   Debtor | Case No. 20-22601-CMB |
| MARLENE E THROWER<br>   Plaintiff<br><br>vs.<br><br>The Bank of New York Mellon, f/k/a The Bank of New York as successor to JPMorgan Chase Bank, National Association, as Indenture Trustee for ABFS Mortgage Loan Trust 2001-2, Mortgage-Backed Pass -Through Certificates, Series 2001-2,<br>   Defendant | Chapter 13<br><br>Adversary No. 21-02060 |

## ORDER

**AND NOW**, this _____ day of _____, 2021, it is hereby **ORDERED** that the corresponding Consent Order is hereby approved, shall be, and is hereby made an Order of this Court.

**IT IS FURTHER ORDERED**, that Adversary No. 21-02060-CMB is reopened.

_____
Honorable Carlota M. Bohm
United States Bankruptcy Judge