## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

| | |
|---|---|
| IN RE:<br>MARLENE E THROWER<br>   Debtor | Case No. 20-22601-CMB |
| MARLENE E THROWER<br>   Plaintiff | Chapter 13<br><br>Adversary No. 21-02060 |
| vs. | |
| The Bank of New York Mellon, f/k/a The Bank of New York as successor to JPMorgan Chase Bank, National Association, as Indenture Trustee for ABFS Mortgage Loan Trust 2001-2, Mortgage-Backed Pass -Through Certificates, Series 2001-2,<br>   Defendant | |

### CERTIFICATION OF COUNSEL REGARDING CONSENT ORDER
### ON ADVERSARY NO. 21-202060-CMB

    The undersigned hereby certifies that agreement has been reached with the Plaintiff regarding Adversary No. 21-02060-CMB filed on June 16, 2021.

    The signature requirements of W.PA.LBR 5005-6 have been followed in obtaining the agreement of all parties and is reflected in the attached document.

    The undersigned further certifies that:

        ☐ An agreed order and a redline version showing the changes made to the order originally filed with the court as an attachment to the motion is attached to this Certificate of Counsel. Deletions or signified by a line in the middle of the original text (strikeout) and additions are signified by text in italics. It is respectfully requested that the attached order be entered by the court.

        ☒ No other order has been filed pertaining to the subject matter of this agreement.

☐ The attached document does not require a proposed order.

DATED: October 21, 2021

By: /s/ Mario Hanyon

Mario Hanyon,
(Bar No. 203993)
Attorney for Creditor/Defendant
BROCK & SCOTT, PLLC
302 Fellowship Road, Ste 130
Mount Laurel, NJ 08054
Telephone: 844-856-6646 x4560
Facsimile: 704-369-0760
Email: pabkr@brockandscott.com