# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA
*Pittsburgh Division*

| | |
|---|---|
| IN RE: Thrower, Marlene | Case No. 2022601-CMB <br> Chapter 13 <br><br> Adversary Proceeding 21-02060 |
| The Bank of New York Mellon, f/k/a The Bank of New York as successor to JPMorgan Chase Bank, National Association, as Indenture Trustee for ABFS Mortgage Loan Trust 2001-2, Mortgage-Backed Pass -Through Certificates, Series 2001-2, <br>            Defendant <br><br><br> vs. <br><br> Thrower, Marlene, <br>            Plaintiff | Hearing Date: 1/25/2022 <br><br> Hearing Time: 10:00 am |

## RESPONSE TO COMPLAINT TO DETERMINE SECURED STATUS

COMES NOW, The Bank of New York Mellon, f/k/a The Bank of New York as successor to JPMorgan Chase Bank, National Association, as Indenture Trustee for ABFS Mortgage Loan Trust 2001-2, Mortgage-Backed Pass -Through Certificates, Series 2001-2 (herein, "Respondent") by and through undersigned counsel, and herby responds to the Complaint to Determine Secured Status (Doc. 1) filed on June 16, 2021, and in support thereof, shows unto the Court as follows:

1.     Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted in part and denied in part. It is admitted that the appraisal provided by the Plaintiff listed the appraised value at $30,000.00. It is denied that the defendant agrees with this appraisal.

8. Admitted in part and denied in part. It is admitted that the Defendant secured lien is in the amount of $193,721.47 as per the proof of claim filed. It is denied based solely on the appraisal provided by the Plaintiff that $163,721.47 of defendant's claim is wholly unsecured.

9. Respondent does not have information necessary to admit or deny the averment in Paragraph 9. Strict proof is demanded at trial.

10. Respondent does not have information necessary to admit or deny the averment in Paragraph 10. Strict proof is demanded at trial.

11. Respondent does not have information necessary to admit or deny the averment in Paragraph 11. Strict proof is demanded at trial.

12. .

13. Denied. It is denied that the defendant does not obtain a secured lien on the property.

14. Admitted.

**WHEREFORE**, Defendant, The Bank of New York Mellon, f/k/a The Bank of New York as successor to JPMorgan Chase Bank, National Association, as Indenture

Trustee for ABFS Mortgage Loan Trust 2001-2, Mortgage-Backed Pass -Through Certificates, Series 2001-2, request that this court deny the secured status as stated by the Plantiff .

/s/ Mario Hanyon
Mario Hanyon
(Bar No. 203993)
Attorney for Creditor
BROCK & SCOTT, PLLC
302 Fellowship Road, Ste 130
Mount Laurel, NJ 08054
Telephone:  844-856-6646 x4560
Facsimile:  704-369-0760
E-Mail:  pabkr@brockandscott.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA
*Pittsburgh Division*

| | |
|---|---|
| IN RE: Thrower, Marlene | Case No. 2022601-CMB <br> Chapter 13 <br><br> Adversary Proceeding 21-02060 |
| The Bank of New York Mellon, f/k/a The Bank of New York as successor to JPMorgan Chase Bank, National Association, as Indenture Trustee for ABFS Mortgage Loan Trust 2001-2, Mortgage-Backed Pass -Through Certificates, Series 2001-2, Defendant | Hearing Date: 1/25/2022 <br><br> Hearing Time: 10:00 am |
| vs. <br><br> Thrower, Marlene, <br>    Plaintiff | |

## **CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that a true and exact copy of the foregoing  Response to Complaint to Determine Secured Status  has been electronically served or mailed, postage prepaid on this day to the following:

MARLENE E. THROWER
PO BOX 17083
PITTSBURGH, PA 15221

RONDA J. WINNECOUR, ESQUIRE (TRUSTEE)
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

ALBERT G. REESE, JR., ESQUIRE

LAW OFFICE OF ALBERT G. REESE, JR.
640 RODI ROAD, 2ND FLOOR, SUITE 2
PITTSBURGH, PA 1523

OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER.
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222

*/s/ Mario Hanyon*
Mario Hanyon
(Bar No. 203993)
Attorney for Creditor
BROCK & SCOTT, PLLC
302 Fellowship Road, Ste 130
Mount Laurel, NJ 08054
Telephone:  844-856-6646 x4560
Facsimile:  704-369-0760
E-Mail:  pabkr@brockandscott.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA
*Pittsburgh Division*

| | |
|---|---|
| IN RE: Thrower, Marlene | Case No. 2022601-CMB <br> Chapter 13 <br><br> Adversary Proceeding 21-02060 |
| The Bank of New York Mellon, f/k/a The Bank of New York as successor to JPMorgan Chase Bank, National Association, as Indenture Trustee for ABFS Mortgage Loan Trust 2001-2, Mortgage-Backed Pass -Through Certificates, Series 2001-2, Defendant | Hearing Date: 1/25/2022 <br><br> Hearing Time: 10:00 am |
| vs. <br><br> Thrower, Marlene, <br> Plaintiff | |

## ORDER

**AND NOW**, this          day of                    , 2021, upon consideration of the Plaintiff's Adversary Complaint, and the Response of **THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR TO JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE FOR ABFS MORTGAGE LOAN TRUST 2001-2, MORTGAGE BACKED PASS-THROUGH CERTIFICATES, SERIES 2001-2**, and after hearing, it is hereby

**ORDERED** that the Adversary Complaint is  is denied.

**BY THE COURT:**

_____
**CARLOTA M. BOHM**
**U.S. Bankruptcy Judge**

MARLENE E. THROWER
PO BOX 17083
PITTSBURGH, PA 15221

RONDA J. WINNECOUR, ESQUIRE (TRUSTEE)
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

ALBERT G. REESE, JR., ESQUIRE
LAW OFFICE OF ALBERT G. REESE, JR.
640 RODI ROAD, 2ND FLOOR, SUITE 2
PITTSBURGH, PA 1523

OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER.
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222