# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA
*Pittsburgh Division*

| | |
|---|---|
| IN RE: Thrower, Marlene | Case No. 2022601-CMB <br> Chapter 13 <br><br> Adversary Proceeding 21-02060 |
| The Bank of New York Mellon, f/k/a The Bank of New York as successor to JPMorgan Chase Bank, National Association, as Indenture Trustee for ABFS Mortgage Loan Trust 2001-2, Mortgage-Backed Pass -Through Certificates, Series 2001-2, <br>     Defendant <br><br><br> vs. <br><br> Thrower, Marlene, <br>     Plaintiff | Hearing Date: 1/25/2022 <br><br> Hearing Time: 10:00 am |

## JOINT STATUS REPORT

The Bank of New York Mellon, f/k/a The Bank of New York as successor to JPMorgan Chase Bank, National Association, as Indenture Trustee for ABFS Mortgage Loan Trust 2001-2, Mortgage-Backed Pass -Through Certificates, Series 2001-2 ("Defendant"), and Marlene Thrower ("Debtor") (collectively, "Parties") by and through their undersigned counsel and file this Joint Status Report, and respectfully states as follows:

1.    The parties continue to negotiate the terms of valuation of the property.

2. At this time, the parites will attend the hearing scheduled for 1/25/2022.

3. The parties request that the Adversary case should not be closed at this time.

*/s/ Mario Hanyon*
Mario Hanyon
(Bar No. 203993)
Attorney for Creditor
BROCK & SCOTT, PLLC
302 Fellowship Road, Ste 130
Mount Laurel, NJ 08054
Telephone: 844-856-6646 x4560
Facsimile: 704-369-0760
E-Mail: pabkr@brockandscott.com

/s/Albert G. Reese, Jr.
Albert G. Reese, Jr.
Law Office of Albert G. Reese, Jr.
640 Rodi Road, 2nd Floor, Suite 2
Pittsburgh, PA 15235
412-241-1697
Fax : 412-241-1687
Email: areese8897@aol.com