# PROCEEDING MEMO

**Date: 01/25/2022 10:00 am**

**In re: Marlene E Thrower**

| | |
|---|---|
| Marlene Thrower, Plaintiff | Bankruptcy No. 20-22601-CMB |
| v. | Chapter: 13 |
| The Bank of New York Mellon f/k/a The Bank of New York as succesor to JPMorgan Chase Bank and PNC Mortgage, Defendants | Adversary No. 21-2060-CMB  Doc. No. 23 |

**Appearances:**  Albert Reese, Esq.
Mario Hanyon, Esq.
Owen Katz

**Nature of Proceeding:** #23 Certification of Counsel Regarding Consent Order
Of Adversary No. 21-02060
#24 Order Granting Stipulation to Reopen Case,
Obtain Appraisal and File Answer to Complaint
#25 Order Setting hearing
#26 Text Order requiring a Joint Status Report be filed
#27 Answer to Complaint
#30 Joint Status Report

**Additional Pleadings:**

**Judge's Notes:**

**Outcome:**  Hearing Held.  Stipulation to be filed by 02/09/2022 by Attorney Hanyon.

FILED
1/25/22 1:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief Bankruptcy Judge