**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
*Pittsburgh Division*

| | |
|---|---|
| IN RE:  Marlene E. Thrower,<br>        Debtor | Lead BK Case No. 21-22601-CMB<br><br>Chapter 13<br><br>Adversary Proceeding 21-02060 |
| Marlene E. Thrower,<br>    Plaintiff<br><br>vs.<br><br>The Bank of New York Mellon, f/k/a The Bank of New York as successor to JPMorgan Chase Bank, National Association, as Indenture Trustee for ABFS Mortgage Loan Trust 2001-2, Mortgage-Backed Pass -Through Certificates, Series 2001-2,<br>    Defendant | Hearing Date: N/A<br><br>Hearing Time: N/A<br><br>Objection Date: N/A |

**JOINT STATUS REPORT**

The Bank of New York Mellon, f/k/a The Bank of New York as successor to JPMorgan Chase Bank, National Association, as Indenture Trustee for ABFS Mortgage Loan Trust 2001-2, Mortgage-Backed Pass -Through Certificates, Series 2001-2 ("PHH") and Marlene E. thrower ("Debtor") (collectively, "Parties"), through their undersigned counsel and in accordance with Proceeding Memo dated 1/25/2022, file this Joint Status Report and respectfully states as follows:

    1.    A hearing was held on January 25, 2022, wherein Counsel for the Parties appeared and advised the Court that a settlement was reached and a stipulation memorializing same was in progress and expected to be filed by February 9, 2022.

2. A stipulation has been drafted and approved by Defendant and was sent to Plaintiff's Counsel on February 4, 2022.

3. Counsel for Plaintiff has acknowledged receipt of the stipulation and advised that same has been forwarded to his client for review.

4. Accordingly, the parties are in agreement that the expectation remains that a stipulation will be filed to resolve the adversary and respectively ask the Court to expect same in ten (10) days.

Dated February 9, 2022

*/s/ Mario Hanyon*
Mario Hanyon
(Bar No. 203993)
Attorney for Creditor
BROCK & SCOTT, PLLC
302 Fellowship Road, Ste 130
Mount Laurel, NJ 08054
Telephone:  844-856-6646 x4560
Facsimile:  704-369-0760
E-Mail:  pabkr@brockandscott.com

*Attorney for The Bank of New York as successor to JPMorgan Chase Bank, National Association, as Indenture Trustee for ABFS Mortgage Loan Trust 2001-2, Mortgage-Backed Pass-Through Certificates, Series 2001-2*

/s/Albert G. Reese, Jr. Esquire
Albert G. Reese, Jr. Esquire
PA ID#93813
Law Office of Albert G. Reese
640 Rodi Road, 2nd Floor, Ste2
Pittsburgh, PA  15235
(412) 241-1697 (p)
(412) 241-1687 (f)
Areese8897@aol.com

*Attorney for Debtor Marlene E. Thrower*