# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA
*Pittsburgh Division*

| | |
|---|---|
| IN RE: Marlene E. Thrower,<br>    Debtor | Case No. 20-22601-CMB<br><br>Chapter 13<br><br>Adversary Proceeding 21-02060<br><br>Hearing Date: 1/25/2022<br><br>Hearing Time: 10:00 am |
| Marlene E. Thrower,<br>    Plaintiff<br><br>vs.<br><br>The Bank of New York Mellon, f/k/a The Bank of New York as successor to JPMorgan Chase Bank, National Association, as Indenture Trustee for ABFS Mortgage Loan Trust 2001-2, Mortgage-Backed Pass -Through Certificates, Series 2001-2,<br>    Defendant | |

## ORDER

**AND NOW**, this _____ day of _____, 2022, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

_____
Honorable Carlota Bohm
United States Bankruptcy Judge