IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
*Pittsburgh Division*

| | |
|---|---|
| IN RE: Marlene E. Thrower,<br>    Debtor | Case No. 20-22601-CMB<br><br>Chapter 13<br><br>Adversary Proceeding 21-02060 |
| Marlene E. Thrower,<br>    Plaintiff<br><br>vs.<br><br>The Bank of New York Mellon, f/k/a The Bank of New York as successor to JPMorgan Chase Bank, National Association, as Indenture Trustee for ABFS Mortgage Loan Trust 2001-2, Mortgage-Backed Pass -Through Certificates, Series 2001-2,<br>    Defendant | Hearing Date: 1/25/2022<br><br>Hearing Time: 10:00 am<br><br><br><br>re doc. 33 & 35 |

**ORDER**

**AND NOW**, this  25th  day of   February   , 2022, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

FILED
2/25/22 11:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____ dmk
Honorable Carlota Bohm
United States Bankruptcy Judge

The Clerk shall
Close this
Adversary

United States Bankruptcy Court

Western District of Pennsylvania

Thrower,
    Plaintiff

Adv. Proc. No. 21-02060-CMB

The Bank of New York Mellon f/k/a The Ba,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2
Date Rcvd: Feb 25, 2022      Form ID: pdf900      Total Noticed: 6

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Marlene E Thrower, 8207 Frankstown Road, Pittsburgh, PA 15221-1333 |
| dft | + | The Bank of New York Mellon f/k/a The Bank of New, PHH Mortgage Corporation, PO BOX 24605, West Palm Beach, FL 33416-4605 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion03.pi.ecf@usdoj.gov | Feb 25 2022 23:30:00 | Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| ust | + Email/Text: ustpregion03.ph.ecf@usdoj.gov | Feb 25 2022 23:30:00 | United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107-4405 |
| ust | + Email/Text: USTPRegion03.HA.ECF@USDOJ.GOV | Feb 25 2022 23:30:00 | United States Trustee, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101-1722 |
| dft | Email/Text: Bankruptcy.Notices@pnc.com | Feb 25 2022 23:29:00 | PNC Mortgage, PO BOX 1820, Dayton, OH 45401 |

TOTAL: 4

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 27, 2022      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 25, 2022 | Form ID: pdf900 | Total Noticed: 6 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert G. Reese, Jr. | on behalf of Plaintiff Marlene E Thrower areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com |
| Maria Miksich | on behalf of Defendant PNC Mortgage mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Defendant The Bank of New York Mellon f/k/a The Bank of New York as succesor to JPMorgan Chase Bank wbecf@brockandscott.com mario.hanyon@brockandscott.com |

TOTAL: 3